UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BENEVOLENT AND PROTECTIVE ORDER OF THE
ELKS OF THE UNITED STATES OF AMERICA,

                         Plaintiff,

             -against-

SWISS RE CORPORATE SOLUTIONS ELITE
INSURANCE CORPORATION,

                        Defendant.

------------------------------------------------------------------X

25-CV-00516 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's deadline to file an opposition to Defendant's motion to dismiss was March 31, 2025. See ECF No. 13. No opposition was filed. If an opposition is not filed by **Friday, April 4, 2025**, the motion will be decided based solely on Defendant's papers.

      **SO ORDERED.**

DATED:     New York, New York
            April 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge